# LEE LITIGATION GROUP

148 WEST 24TH STREET, EIGHTH FLOOR
NEW YORK, NY 10011
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/11/2024

WRITER'S DIRECT: (212) 465-1188
cklee@leelitigation.com

January 10, 2024

**Via ECF**:
The Honorable Katherine H. Parker, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re: *Paguay v. ESH Restaurant Group LLC et al*
       Case No. 1:23-cv-08434-JPO-KHP

Dear Judge Parker:

  Our office represents Plaintiff in the above referenced matter. We write, with the consent of Defendants, to (i) request a stay of discovery pending Defendants' anticipated Motion to Compel Arbitration, and (ii) to adjourn tomorrow's initial conference, until after a decision has been reached on Defendants' motion.

  After several conferences between the parties, the parties have agreed to hold discovery until this threshold issue has been resolved. In accordance with this agreement the parties propose reaching out to the Court with either a revised Case Management Plan, or status letter for next steps, within 2 weeks of the Court's decision as to arbitration.

  We thank the Court for its consideration of the above.

Respectfully submitted,

*/s/ C.K. Lee*
C.K. Lee, Esq.

---

The Conference scheduled for today, January 11, 2024, at 2:00 p.m., is converted to telephonic. At the scheduled time, the parties shall dial the Court's conference line at 866-434-5269, access code 4858267#. The Court will discuss the request to stay discovery at the conference.

SO ORDERED:

*Katharine H. Parker*
HON. KATHARINE H. PARKER
UNITED STATES MAGISTRATE JUDGE   1/11/2024