```
┌─────────────────────────────────┐
│ USDC SDNY                        │
│ DOCUMENT                         │
│ ELECTRONICALLY FILED             │
│ DOC #:_____   │
│ DATE FILED: 1/12/2024            │
└─────────────────────────────────┘
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
JOSE PAGUAY, on behalf of himself and
the class,

                              Plaintiffs,                    **23-CV-8434 (JPO) (KHP)**

              -against-                                       **ORDER**

ESH RESTAURANT GROUP LLC, et al
                              Defendants.
------------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

On January 11, 2024, the parties appeared for an Initial Case Management Conference.

After consultation with the parties, the Court grants the parties' joint request to stay discovery

pending resolution of the anticipated Motion to Compel Arbitration.  The Court will promptly

rule on the Motion to Compel Arbitration after it is fully briefed.

The parties are encouraged to meet and confer regarding whether motion practice on

the Motion to Compel can be avoided.  If the parties determine that motion practice is not

needed, they shall file a joint letter with the Court so advising the Court.

                **SO ORDERED.**

DATED:        New York, New York
              January 12, 2024

                                        _____
                                        KATHARINE H. PARKER
                                        United States Magistrate Judge