UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JOSE PAGUAY, *on behalf of himself, FLSA Collective Plaintiffs and the Class,*

                Plaintiff,

v.

ESH RESTAURANT GROUP LLC,
RJJ RESTAURANT LLC
    d/b/a EMPIRE STEAK HOUSE
    d/b/a EMPIRE BURGER HOUSE,
RIJJ RESTAURANT LLC
    d/b/a EMPIRE STEAK HOUSE,
W 46 RESTAURANT LLC
    d/b/a CHAZZ PALMINTERI,
RRUSTEM SINANAJ,
SHEFKET SINANAJ, and
XHAFER SINANAJ,

                Defendants.

Case No.: 1:23-cv-08434

**[PROPOSED]
RULE 68 JUDGMENT**

---

**WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, ESH RESTAURANT GROUP LLC, RJJ RESTAURANT LLC d/b/a EMPIRE STEAK HOUSE d/b/a EMPIRE BURGER HOUSE, RIJJ RESTAURANT LLC d/b/a EMPIRE STEAK HOUSE, W 46 RESTAURANT LLC d/b/a CHAZZ PALMINTERI, RRUSTEM SINANAJ, SHEFKET SINANAJ, and XHAFER SINANAJ (collectively, "Defendants"), by and through their attorneys, Kaufman Dolowich LLP, offer to allow judgment to be taken against them by Plaintiff JOSE PAGUAY (the "Plaintiff") for Twelve Thousand Five Hundred Dollars and Zero Cents ($12,500.00) (the "Judgment Amount"), inclusive of all claims for attorneys' fees and costs, to resolve all of Plaintiff's federal and state law claims or rights against Defendants in his Complaint in the above captioned action, in accordance with the terms and conditions of Defendants' Rule 68 Offer of Judgment dated February 19, 2025 and filed as Exhibit A to Docket Number 50;

**WHEREAS**, on February 20 2025, Plaintiff's attorney having confirmed Plaintiff's acceptance of Defendants' Offer of Judgment (Dkt. No. 50);

It is **ORDERED, ADJUDGED, AND DECREED**, that judgment is entered in favor of Plaintiff Jose Paguay, in the sum of $12,500.00, in accordance with the terms and conditions of Defendants' Rule 68 Offer of Judgment dated February 19, 2025 and filed as Exhibit A to Docket Number 50. The Clerk of Court is respectfully directed to close this case.

**SO ORDERED:**

Dated: _____, 2025      _____
       New York, New York                                    U.S.D.J.